IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSE SCOTT | : |
| | :    CIVIL ACTION |
| v. | : |
| | :    NO. 13-5540 |
| BAC HOME LOAN SERVICING, L.P., *f/k/a* *COUNTRYWIDE HOME LOANS SERVICING L.P.*, ET AL. | : |
| | |
| BAC HOME LOAN SERVICING, L.P., *f/k/a* *COUNTRYWIDE HOME LOANS SERVICING L.P.* | : |
| v. | : |
| JESSE SCOTT AND LOUDINE JOSEPH *a/k/a LOUDINE SCOTT* | : |

## O R D E R

**AND NOW**, this  26th  day of  January , 2016, upon consideration of Counterclaim Defendant Loudine Joseph's Motion to Dismiss Counterclaims (ECF No. 22), BAC Home Loan Servicing, L.P. and Bank of America, N.A.'s Motion for Summary Judgment (ECF No. 47), and Defendant First American Title Insurance Company's Motion for Summary Judgment (ECF No. 48), and all documents submitted in support thereof, and in opposition thereto, it is **ORDERED** as follows:

    A.    BAC Home's Motion for Summary Judgment is **GRANTED** in part, and **DENIED** in part as follows:

        1.    Summary Judgment on Plaintiff's claim to quiet title to the Property is **DENIED**.

        2.    Summary Judgment on Plaintiff's claim that the Countrywide Mortgage is

        null and void is **GRANTED**.  The Countrywide Mortgage is valid and enforceable.  Judgment is entered in favor of Defendant BAC Home, and against Plaintiff Jesse Scott.

B.      BAC Home's Motion for Summary Judgment on its Counterclaims against Plaintiff Jesse Scott is **DISMISSED** as moot.

C.      First American's Motion for Summary Judgment is **GRANTED**.

D.      Counterclaim Defendant Loudine Joseph's Motion to Dismiss is **GRANTED**.

**IT IS SO ORDERED.**

                                                **BY THE COURT:**

                                                _____
                                                **R. BARCLAY SURRICK,   J.**